**4-22CV-100-P**

FW037551

[FILL OUT cause number and heading information EXACTLY as it is written on the Petition]

NO. 4:21-CV-624-P

Wesley Hatten - Lovett

§
§
§
§
§

Federal Bureau of Investigation

2022 FEB -8 PM 12:33

### AFFIDAVIT

THE STATE OF TEXAS
COUNTY OF _____Tarrant_____
[PRINT the name of the county where this statement is being notarized.]

BEFORE ME, the undersigned authority, on this day personally appeared

_____, who

[PRINT the first and last names of the person who will sign this statement.]

swore or affirmed to tell truth, and stated as follows:

"My name is Wesley Hatten - Lovett .

[PRINT the first and last names of the person who will sign this statement.]

I am of sound mind and capable of making this sworn statement. I have personal knowledge of the facts written in this statement.  I understand that if I lie in this statement I may be held criminally responsible.  This statement is true.

My name is Wesley Duane Hatten - Lovett. I work in the Security industry and reside in Fort Worth Texas. I have personal knowledge of the facts stated therein

I affirm that i have not had sex with an animal or anyone under the age of 18.
I affirm that there is no video depiction of my person engaging in any sexual conduct with an animal or anyone under the age of 18.
I affirm that I have not created any bestiality or pedophilia content.
I affirm that I am not responsible or at fault for bestiality and pedophilia content displayed online.
I affirm I do not have the power or authority to dictate what content is acceptable to be displayed online.
I do not approve of, monitor, fund or have control

over any bestiality or pedophilia website.

As of February 8, 2022 a google search for pedophilia will not produce any content. However a google search for bestiality content can be found. There is no law or statute that prohibits this content online.

The basis for this affidavit is in an attempt to prove no sexual misconduct has occurred with animals and minors.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____*Wesley Walb - Chr*_____

[The person who has personal knowledge of this statement must sign it.
DO NOT SIGN this statement until you are in front of a notary.]

State of Texas
County of ___*TARRANT*_____
               [name of county where statement is notarized.]

SWORN to and SUBSCRIBED before me, the undersigned authority, on
the __*8*__ day of _*February*_____, __*2022*____ year, by

_*Wesley Hutton*_____.
[PRINT the first and last names of the person who is signing this affidavit.]

PAUL M TESSIER
Notary ID #129713791
My Commission Expires
February 12, 2022

_____
Notary Public, State of Texas [Notary's signature.]

[Notary's seal must be included.]