UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**WESLEY HATTEN-LOVETT,**

   Plaintiff.

v.                               No. 4:22-cv-0100-P

**FEDERAL BUREAU OF INVESTIGATION,**

   Defendant.

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Order accepting Findings, Conclusions, and Recommendations (ECF No. 7):

It is **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED without prejudice**.

The Clerk shall transmit a true copy of this Final Judgment to the parties and the case shall be closed.

**SO ORDERED** on this **27th day of June, 2022**.

_____
Mark T. Pittman
United States District Judge